EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 21 |
| Lucas M. Irisarri Castro | 173 DPR _____ |

Número del Caso: TS-9801

Fecha: 13 de febrero de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Re*

Lucas M. Irisarri Castro

                              TS-9801

RESOLUCIÓN

San Juan, Puerto Rico, a 13 de febrero de 2008

Examinados los escritos presentados por Lucas M. Irisarri Castro, se ordena su reinstalación, sólo al ejercicio de abogacía, efectiva dicha reinstalación el 15 de febrero de 2008.

La Directora de la Oficina de Inspección de Notarías deberá rendir un Informe al Tribunal luego de que Lucas M. Irisarri Castro se reúna, el 15 de febrero de 2008, con la Inspectora de Protocolos.

Publíquese.

Notifíquese la presente Resolución por fax, teléfono y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo